THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No. 19-CR-20024 |
| | ) |
| vs. | ) Title 18, United States Code, |
| | ) Sections 2251(a) and (e); |
| DENNIS H. WEST, | ) 2252A(a)(5)(B) and (b)(2); and 2253. |
| | ) |
| Defendant. | ) |

**INDICTMENT**

**COUNT ONE**
(Sexual Exploitation of a Child)

THE GRAND JURY CHARGES:

On or about September 9, 2018, in Douglas County, in the Central District of Illinois, and elsewhere, the defendant,

**DENNIS H. WEST,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and

transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about September 24, 2018, in Douglas County, in the Central District of Illinois, and elsewhere, the defendant,

**DENNIS H. WEST,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Sexual Exploitation of a Child)

THE GRAND JURY FURTHER CHARGES:

On or before October 25, 2018, in Douglas County, in the Central District of Illinois, and elsewhere, the defendant,

**DENNIS H. WEST,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Sexual Exploitation of a Child)

THE GRAND JURY FURTHER CHARGES:

On or about February 17, 2018, in Champaign County, in the Central District of Illinois, and elsewhere, the defendant,

**DENNIS H. WEST,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE
### (Sexual Exploitation of a Child)

**THE GRAND JURY FURTHER CHARGES:**

On or about July 17, 2017, in Champaign County, in the Central District of Illinois, and elsewhere, the defendant,

**DENNIS H. WEST,**

knowingly used, persuaded, induced, enticed and coerced Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and

foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX
(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 14, 2018, in Douglas County, in the Central District of Illinois, the defendant,

**DENNIS H. WEST,**

knowingly possessed cellular telephones and other digital storage materials, containing images and videos of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.  The charges contained in Counts One through Six are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  For his engagement in the violations alleged in Counts One through Six, the defendant,

**DENNIS H. WEST,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a.  Any visual depictions or other matter containing such visual depictions, which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Ten;

    b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Six of this Indictment; and

    c.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Six of this Indictment.

3.  The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk

drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- An Apple iPhone 10, Model MQ992, Serial No. FD1X814VJCLM

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

s/Foreperson

_____
FOREPERSON

s/Gregory Gilmore

_____
JOHN C. MILHISER
United States Attorney
EMP