CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR: MAR 11 2019
AT: CLERK OF THE COURT, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA, ILLINOIS

LOCATION NUMBER: ____

**PERSON REPRESENTED** *(Show your full name)*: Dennis Hayden West

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge: ____
District Court: 19-20024
Court of Appeals: ____

**CHARGE/OFFENSE** *(describe if applicable & check box →)*: ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment? 1-2019
How much did you earn per month? $ 5500
If married, is your spouse employed? ☐ Yes ☑ No
IF YES, how much does your spouse earn per month? $ ____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
RECEIVED: $ 1600    SOURCES: Unemployment

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, total amount? $ 700

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, give value and description for each: VALUE $ ____ DESCRIPTION ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☐ Married
☐ Widowed
☑ Separated or Divorced
Total No. of Dependents: NO
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Car payment | $ 17000 | $ 400 |
| Ins | $ | $ 130 |

I certify under penalty of perjury that the foregoing is true and correct.

s/Dennis West

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date: 3-11-19