E-FILED
Sunday, 02 June, 2019  05:51:51 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS WEST,<br><br>Defendant. | No. 19-20024-SLD-EIL |

**UNOPPOSED MOTION TO CONTINUE
PRETRIAL AND TRIAL HEARING**

Defendant DENNIS WEST, through his attorney Johanes Maliza of the Federal Public Defender's Office for the Central District of Illinois, pursuant to 18 U.S.C. § 3161(h)(7), respectfully moves this Court for the entry of an Order continuing his pretrial hearing and trial. The hearing is currently scheduled for June 5, 2019 in Urbana, Illinois. The trial is currently scheduled for July 8, 2019 in Urbana, Illinois. Mr. West requests a continuance of 60 days. In support thereof, he states as follows.

1. This case is scheduled for a pretrial hearing on June 5, 2019. The trial is set for July 8, 2019. Both are to take place in Urbana, Illinois.

2. Defendant is currently detained in the Macon County Jail.

3. Mr. West needs more time to review the facts of his case and legal options.

4. Defense counsel has been in touch with the United States Attorney's Office regarding this case, and needs more time to investigate, negotiate, and or prepare for trial.

5.  The United States, through AUSA Elly Pierson, has no objection to a 60-day continuance of this case.

6.  The ends of justice will be best served by continuing this hearing to a future date.

7.  Defense counsel has personally consulted with Defendant about continuing the pretrial hearing and trial, for the reasons stated herein. Defendant agrees with counsel's decision to file this motion, and consents to a continuance. Defendant further waives his right to be physically present at any hearing on this motion to continue, and to the Court setting a new date for a trial. Filed herewith is Defendant's signed consent to a continuance.

WHEREFORE Defendant respectfully requests the entry of an Order continuing the pretrial hearing by 60 days.

Respectfully submitted,

June 2, 2019

DENNIS WEST, Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Johanes Maliza
Johanes C. Maliza (6323056)
Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone:  217-492-5070
Facsimile:  217-492-5077
E-mail:  johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza