### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20024 |
| DENNIS H. WEST, ) | |
| Defendant. ) | |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

On September 20, 2019, Judge Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 24). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-6 of the Indictment is accepted, and Defendant is adjudged guilty of each charge.

The Sentencing Hearing remains set for February 11, 2020, at 10:00 a.m. in Urbana before Judge Michael M. Mihm. The Court orders that a pre-sentence investigation and report be prepared.

Entered this 4th day of October 2019.

s/ Michael M. Mihm

Michael M. Mihm
United States District Judge